

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NATHAN SHAWN TEDFORD, | § | |
| Appellant, | § | No. 08-21-00004-CR |
| v. | § | Appeal from the |
| THE STATE OF TEXAS, | § | 104th District Court |
| Appellee. | § | of Taylor County, Texas[1] |
| | § | (TC# 22804B) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF FEBRUARY, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] We hear this case on transfer from the Eleventh Court of Appeals. *See* TEX.R.APP.P. 41.3.